CJA 23
Rev. 5/98

**FINANCIAL AFFIDAVIT**
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF _____ V.S. _____

FOR _____
AT _____

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): Pedro VILLANUEVA

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate: 04mc130RBC
District Court: _____
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →)   ☐ Felony   ☐ Misdemeanor

### ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☐ No  ☑ Am Self-Employed
Name and address of employer: CONSTRUCTION
IF YES, how much do you earn per month? $ 1,000
IF NO, give month and year of last employment: _____
How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $ _____   SOURCES: _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No  IF YES, state total amount $ 200 cash

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: NA   DESCRIPTION: Lincoln '91  Seized upon arrest

### OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: _____
_ SINGLE
_ MARRIED
_ WIDOWED
_ SEPARATED OR DIVORCED
Total No. of Dependents: 2
List persons you actually support and your relationship to them: PEDRO, JR., SON; ANEURIS, 3, DAUGHTER

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| RENT | | $ 0 | $ 300 |
| LOAN | | $ 3,000 | $ 150 |

I certify under penalty of perjury that the foregoing is true and correct.  Executed on (date) JAN 13 2004

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Pedro Villanueva     1-13-2004