AO 94
(Revised 8/97)

**COMMITMENT TO ANOTHER DISTRICT**
(Rule 40, Federal Rules of Criminal Procedure)

| UNITED STATES DISTRICT COURT | DISTRICT    District of Massachusetts |
|---|---|

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. <br> District of Arrest <br> District of Offense |
| V. | MAGISTRATE JUDGE CASE NO. <br> District of Arrest    04mj0430 RBC <br> District of Offense    02 M/00 |
| PEDRO VILLANEUVA | |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN

[ ] indictment  [ ] information  [x] complaint  [ ] Other (specify)

charging a violation of   21   u.s.c.  § 846; 841(a)(1); 841(b)(1)(B)

| DISTRICT OF OFFENSE <br> Western District of New York | DATE OF OFFENSE <br> January 15, 2004 |
|---|---|

DESCRIPTION OF CHARGES:

Possession with intent to distribute

CURRENT BOND STATUS:

[ ] Bail Fixed at                                    and conditions were not met
[ ] Government moved for detention and defendant detained after hearing in District of Arrest
[x] Government moved for detention and defendant detained pending detention hearing in District of Offense
[ ] Other (specify)

Representation: [ ] Retained Own Counsel  [x] Federal Defender Organization  [ ] CJA Attorney  [ ] None

Interpreter Required?  [ ] No  [x] Yes    Language:  Spanish

**MASSACHUSETTS**

TO:  THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

January 15, 2004
Date

/s/ Robert B. Collings
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

*** See Comments on Reverse Side of this Form AO 94

**COMMENTS**

Defendant waived identity but, requests a preliminary hearing and detention hearing in the charging district.